# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | *Unlawful Photographing of Defense Installation Without Authorization* |
| v. | 18 U.S.C. § 795 |
| QILIN WU | NMT 1 Year Imprisonment |
| [DOB: 03/01/1989], | NMT $100,000 Fine |
| | NMT 1 Year Supervised Release |
| | Class A Misdemeanor |
| | $25 Mandatory Special Assessment |

## CRIMINAL COMPLAINT

Case Number: 26-MJ-00001-JAM

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

Between on or about December 2, 2025 and December 3, 2025, in the Western District of Missouri, the defendant, **QILIN WU**, knowingly and intentionally photographed and took video footage of a vital military installation and equipment which were classified, designated, and marked under the authority and at the direction of the President as restricted, and which were located within a military reservation, base, airfield, station and district, pursuant to Executive Order No. 10104, without first obtaining permission of the commanding officer, to include: a video of a Northrop B-2 Spirit aircraft taking off from Whiteman Air Force Base ("WAFB"); a photograph of the eastern perimeter fence line of WAFB near the Weapons Storage Area ("WSA"); a video of the southeast side of WAFB; several photographs depicting Arnold Gate and a B-52 static display on the north side of WAFB, to include an image of the security fence that obscures the B-2 hangars inside the base perimeter; a photograph of the security fence on the South end of

the runway that also depicts the instrument landing system; a photograph that appears to depict B-2 navigation and anti-collision lights; and a photograph of the LeMay commercial vehicle gate, an access point at WAFB, capturing the fence line of the base housing along the roadway, all in violation of Title 18, United States Code, Section 795.

Michael A. Smith
Special Agent
Federal Bureau of Investigation

Sworn to ~~before me and subscribed in my presence,~~ Telephonically at 3:54 p.m., with signatures confirmed

January 6, 2026     at     Kansas City, Missouri
Date                                                    City and State

HONORABLE JILL A. MORRIS
United States Magistrate Judge
Name and Title of Judicial Officer                        Signature of Judicial Officer

2

Case 4:26-mj-00001-JAM     Document 1     Filed 01/06/26     Page 2 of 2